@002/013

COPY

# CAHILL & GOETSCH, P.C.
### ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
Fax: (203) 865-5904

September 25, 2003

**Via Fax and U.S. Mail**

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE:   *Supplemental Disclosure Re: Henry Mackey vs. Metro-North, et al.*

Dear Counsel:

Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

Sincerely,

Scott E. Perry

SEP:md
Enclosures

09/25/2003 THU 09:51 FAX                                                              ☑003/013

Metro-North Railroad
420 Lexington Avenue, 22nd Floor
New York, NY 10017

## MEDICAL EVALUATION RESULTS

Print Employee Name: _Henry Mackey_          Employee Number: _706741_

Your medical evaluation in this department revealed the following:

[ ]   The above <u>does not disqualify</u> you from duty; however, a checkup as soon as possible with your family physician is advised to ensure good health maintenance.

[ ]   The above barely meets the medical standards for your position.  Though not disqualified <u>at this time</u>, it is absolutely required that you contact your_____ at once regarding the above for examination and treatment, and return to this department by _____ for a recheck examination, bearing with you written certification from your physician ensuring your continued qualification.

[ ]   The above <u>does not meet</u> the medical standards required for your position.  You are accordingly <u>restricted</u> to _____ and advised to consult your personal physician at once for necessary diagnosis and treatment. A copy of the MD40 relative to your restriction will be sent to your supervisor.

[✗]   The above <u>does not meet</u> the medical standards required for your position.  You are accordingly <u>disqualified from duty</u> and advised to consult _ENT / Audiologist_ at once for necessary diagnosis and treatment to ensure. hopefully, an early return to satisfactory health and resumption of your duties.  As soon as the above condition(s) have been corrected or controlled to a point in the opinion of your treating physician, you should contact your department for a return to duty evaluation.  A copy of the MD-40 relative to your disqualification will be sent to your supervisor.  Please contact the Personnel Department for guidance with respect to employment rights or benefits you may have. (i.e., HMO or Indemnity Plan)

You are advised that all expenses incurred by you in regard to your health care provider. examination and treatment are on a personal basis and cannot be assumed by this Company.

_The medical information on this form has been explained to me and I understand that failure to comply with these recommendations may be harmful to my health and may affect my employability.  I have received a copy of this form._

X_Henry Mackey_                                          _____
Signature of Employee                                    Date

_____                                     _12/8/99_
Signature of Practitioner                                Date

_Forms\MD3   3/98_                          EMPLOYEE

09/25/2003 THU 09:52 FAX                                                    ☒004/013

**MTA Metro-North Railroad**

Medical Department
420 Lexington Avenue/22nd Floor
New York, NY 10017
Tele: (212) 499-4720 Fax: (212) 499-4740

1997 DEC -8 AI REQUEST FOR MEDICAL SERVIC

All examinations and visits are performed by appointment. Please schedule by telephone with the Medical Department and enter the time and date below. Emergency problems will be accommodated immediately by calling for an appointment duri working hours (8:00 a.m. - 4:30 p.m.) For examinations: if you wear corrective glasses or a hearing device, please have them with you. If you wear contact lenses, please be prepared to remove them.

**TO BE COMPLETED BY SUPERVISOR. PLEASE TYPE OR PRINT USING A BALL POINT PEN.**

| | |
|---|---|
| Appointment (Date & Tim) | 12-8-99  11:00 |

Name   (Last,   First,   Middle)  **MACKEY   HENRY   T.**   Home Telephone # **203-348-053**

Home Address, City, State, Zip Code  **40 FAUCETT ST., GLEN BROOK, CT. 06906**

Date of Birth **1 / 12 / 41**  Month  Day  Year   Occupation **TRAINMAN**

Employee # **702741**   SS # **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**

Immediate Supervisor Name and Title (Print)  **C. DONALDSON,  SUPT.**   Department **TRANSP.**

Supervisor's Signature                   Supervisor's Mailing Address **C HALL 6 CT**   Supervisor's Telephone **4929**

| REASON FOR VISIT | | Return to Duty |
|---|---|---|
| Check Type of Examination Requested or Describe Under Other. | ☐ Pre-Placement Exam   ☑ Periodic:  Type **3 YEAR** ☐ Return from Furlough ☐ Change of Craft to: _____ ☐ Injury Visit, Date of Injury _____ ☐ Accident Report Filed | ☐ Evaluation ☐ Waiver ☐ Other |

Remarks

**TO BE COMPLETED BY HEALTH CARE PROFESSIONAL**

| REPORT OF VISIT | ☐ Occupational   ☐ Non-Occupational   ☐ Pending Review and Determination |  Visit  Visit | Revisit Revisit (Circle One) | (Circle One) |
|---|---|---|---|---|

|  | Full Duty | Restricted Duty | Effective Date **12/8/99** | ☐ Follow-Up Visit |
|---|---|---|---|---|
| ☐ Qualified |   X   |   X   | | Date **ASAP** |
| ☒ Not Qualified | | | | Time |

**COMMENTS AND RESTRICTIONS**

MUST WEAR:  ☐ Corrective Lenses
☐ Hearing Aid
OTHER  ☐ Specify _____

☐ See MD2 for additional information

If you have any questions, please contact:                    Telephone # **4734**

Examiner's Name (Print) **Ingrid Vicci**          Date **12 / 8 / 99**   Month   Day

Examiner's Signature _____

AMBCO 2500    Serial# 2530
Calibration Date 04/22/99 by:manny.
Calibration Due Date 04/21/00
Test :002    Date 12/08/99    Time 11:08
SS# 000000000    Job ID:B047

Patient _Henry Mackay_

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity |  | 30 |
| 500 Hz | 15 | 30 |
| 1000 Hz | 10 | 30 |
| 2000 Hz | 45 | 40 |
| 3000 Hz | 60 | 60 |
| 4000 Hz | 70 | 70 |
| 6000 Hz | 80 | 75 |
| 8000 Hz | 60 | 70 |

Examiner _Vorgi_

AMBCO 2500    Serial# 2565
Calibration Date 05/13/95 by:manny.
Calibration Due Date 05/02/97
Test :001    Date 01/22/97    Time 18:18
SS# 702741000    Job ID:2565

Patient _MACKEY·H_

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity |  | 20 |
| 500 Hz | 15 | 20 |
| 1000 Hz | 15 | 20 |
| 2000 Hz | 35 | 25 |
| 3000 Hz | 55 | 55 |
| 4000 Hz | 65 | 55 |
| 6000 Hz | 60 | 70 |
| 3000 Hz | 55 | 70 |

Examiner _Raymond NP_
_Henry Mackey_

# METRO-NORTH COMMUTER RAILROAD

## MEDICAL GUIDELINES FOR

## CONDUCTOR/ASSISTANT CONDUCTOR

### PREPARED BY:

LANDY JACOBS AND ASSOCIATES, INC.
300 SOUTH BURROWES STREET
STATE COLLEGE, PA 16801

### OCTOBER 1992

Diastolic pressure of > 115 is potentially disqualifying and the individual should be referred for treatment since this is a potentially correctable condition.

D.  Systolic blood pressure of < 140 is acceptable. Systolic pressure which is repeatedly in the 140-170 range should be evaluated further and requires treatment and monitoring to determine whether adequate control has been attained. Systolic pressure of > 170 is temporarily potentially disqualifying and the individual should be referred for treatment.

7.  **EARS AND HEARING**

A.  Hearing is required in the better ear of not worse than 30 dB HL at 0.5, 1.0, 2.0, and 3.0 kHz without the use of a hearing aid. This is a minimal safety requirement in terms of the ability to hear and understand normal conversation, safety indicators, and respond to emergencies.

B.  Vestibular disturbances are potentially disqualifying pending further evaluation.

8.  **EYES AND VISION**

A.  Vision standards required for conductor are identical with the Federal Railroad Administration standards for locomotive engineers (49CFR, Part 240). The near visual acuity standards are consistent with visual tasks such as reading tickets and duplexes as part of collecting and keeping track of fares.

B.  Near visual acuity in each eye of at least 20/40 Snellen with or without corrective lenses is required.

C.  Distant visual acuity of at least 20/40 Snellen in each eye without corrective lenses or distant visual acuity separately corrected to at least 20/40 Snellen with corrective lenses and distant binocular acuity of at least 20/40 in both eyes with or without corrective lenses is required.

D.  Field of vision of at least 70 degrees in the horizontal meridian in each eye is required.

E.  Contact lenses may be worn.

12

## TRI COUNTY EAR, NOSE & THROAT, P.C.
### PHILIP G. LIU, M.D., F.A.C.S., F.A.O.H.N.S.

650 PARK STREET
HONESDALE, PENNSYLVANIA 18431
TELEPHONE (570) 253-0202
FAX (570) 253-7924

WESTFALL MEDIPLEX BLDG.
184 ROUTE 6 AND 209
MILFORD, PENNSYLVANIA 18337
TELEPHONE (570) 491-5255
FAX (570) 491-2828

October 23, 2002

RE: HENRY MACKEY

Mr. Cahill
43 Trumbull St.
New Have, CT 06511

Dear Mr. Cahill:

Enclosed please find my report of Mr. Mackey.

Thank you.

Sincerely Yours,

Philip G. Liu, M.D., F. A. C. S.
PGL:md
Dictated but not read.

October 23, 2002


RE: Henry Mackey

This is a 61-year-old gentleman, ex-Metro North Railroad worker with a history of progressive hearing loss over the years. He comes here for opinion with regard to the etiology of his hearing. The patient denies any significant ear infections, previous ear surgeries, trauma, exposure to ototoxic drugs or relatives with early hearing loss. He has been exposed to noise for over 30 years without protection. There is some tinnitus. He denies vertigo. He denies any other ear, nose and throat complaints. He is a one pack per day smoker over 40 years. He denies alcohol use. He has mild asthma, treated with Alupent as necessary.   He denies cardiovascular disease, high cholesterol, thyroid dysfunction and diabetes.

Examination today shows the tympanic membranes with sclerotic changes on the right side without significant retraction.  Impedance testing is within normal limits.  Audiogram shows sensorineural hearing loss with threshold in the 50s, going down to 90 at 4000 Hz and slightly improving to 85 dB threshold on both sides.  Discrimination is 96% at 85 dB.

The nasal examination shows the septum to be fairly straight.  The middle turbinate uncinate process area shows minimal edema.  Oral cavity, no lesions seen. The base of tongue is unremarkable.  The neck examination shows no masses.

Impression:
1.  Sensorineural hearing loss secondary to noise exposure, as well as presbycusis.  There is configuration of hearing loss showing maximal loss at 4000 Hz and the history of exposure to loud noise for so many years.  Noise trauma most likely is a significant factor contributing to patient's current hearing level.

Plan:
1.  Aural amplification.
2.  Minimize noise exposure.
3.  Re-evaluate again in a year.


Philip G. Liu, M.D., F. A. C. S.
PGL:md
Dictated but not read.



# HEARING AID CENTER

**29 HOYT STREET**
**STAMFORD, CT 06905**
Phone (203) 348-2271 - Fax (203) 324-0723

*David H. Ogilvy*
*Hearing Instrument Specialist*
*Leslie Hughes Ogilvy*
*Hearing Instrument  Specialist*

**4270 MAIN STREET**
**BRIDGEPORT, CT 06606**
(203) 374-8900

*Peter G. Ogilvy, M.S., CCC/A*
*Clinical Audiologist*
*Stephen H. Ogilvy*
*Hearing Instrument Specialist*

December 13, 1999

Mr. Henry Mackey
100 D. Blachley Road
Stamford, CT

To Whom it may concern:

Today, December 13.1999, I tested Mr. Mackey for Audiometric Evaluation. Mr. Mackey presents with "hearing problems" and is not able to return to work due to failing a hearing test previously.  As you requested, I am sending this letter to provide written follow up of my findings and recommendations.

I tested Mr. Mackey's hearing using a variety of audiometric tests.   Initial otoscopic inspection of the outer ear canals showed a minimal amount of wax present and no appearance of any blockage.  Both ear drums appeared normal as well.  Audiometric evaluation indicates a normal to slight hearing loss in both ears in the low frequencies, dropping to a moderate loss at 2000 hertz  and severe in the high frequencies, again bilaterally.  Also, the tests would indicate the hearing loss is due to inner ear nerve damage, typically associated with noise  as their is a slight correction or notch at 8000 hertz.  There appears no indication that the hearing loss would be medically or surgically correctable.

Word recognition testing in quiet showed good speech understand in both ears (84% word recognition in each ear, tested separately, with amplification), with  good results achieved when both ears received amplification simultaneously (88% word recognition). Speech testing also showed an increased sensitivity to loud sounds bilaterally; something to keep in mind when providing amplification (i.e. not over-amplifying loud sounds).

*Over 80 Years of Caring For Your Hearing*

Mr. Mackey
December 13, 1999
Page Two

My recommendation would be to fit Mr. Mackey binaurally - with two "Completely in the canal" hearing instruments (these would fit in your ear canal - not the "Behind the Ear" models). In addition, the choice of technology I would like you to consider is one with compression characteristics that don't amplify loud sounds as much as soft sounds.

Phonak makes such a hearing instrument with the astro circuit. These units cost $2200.00 each or $4,400.00 for the set of two which will also minimize wind noise when on the job and benefit for directionality in noise.

All of our hearing aids come with a 30 day trial period. And a one year warrantee.

Please call me if you have any questions or need further clarification. I look forward to speaking with you soon.

Sincerely,

David H. Ogilvy BC- HIS
Board Certified in Hearing Instrument Sciences

Enclosures

29 Hoyt St.
Stamford Ct. 06905

348-2271

# AUDIOMETRIC CASE HISTORY AND TESTS

NAME _Mackey, Henry_ AGE _1/21/4_ BY _David Ogilvy_

ADDRESS _100 D. Blachley Rd Stamford ct_ PHONE _203-348-8057_ DATE _12/13/79_

MARITAL STATUS _M_ OCCUPATION _Railroad Conductor_ NUMBER OF YEARS TROUBLED BY HEARING PROBLEM _Several_

CLIENTS OPINION AS TO CAUSE OF DEAFNESS _Working at Railroad_

HEAR BETTER IN QUIET OR NOISY PLACE_____ HEAR WELL ON TELEPHONE_____

DO YOU WEAR A HEARING AID_____ MAKE_____ HOW LONG_____ GENERAL HEALTH_____

PREVIOUS TEST?_____ WHEN:_____ BY:_____ RECOMMENDED BY:_____

WILL YOU WEAR A HEARING AID IF IT HELPS? YES__ NO__ HAVE YOU SEEN A DOCTOR ABOUT YOUR HEARING? YES__ NO__

NOTE: Eight warning signs indicating the need for medical referral

a. Deformity of the ear
b. Drainage (90 days)
c. Sudden or progressive hearing loss
d. Acute or chronic dizziness
e. Pain or discomfort in the ear

f. Unilateral hearing loss, sudden or recent onset (90 days)
g. Air bone gap greater than 15 dB at 500 Hz, 1000 Hz, and 2000 Hz
h. Cerumen accumulation or foreign body in ear canal.

☐ None present

**LISTENING DIFFICULT IN:**

| | Yes | No |
|---|---|---|
| Social | | |
| Work | | |
| Lectures | | |
| Church | | |
| Movies | | |
| Meetings | | |
| Shopping | | |
| Strain to hear | | |

**SYMBOL LEGEND**

| EAR | COLOR | AIR | BONE |
|---|---|---|---|
| RIGHT | RED | O | [ |
| LEFT | BLUE | X | ] |

CRITICAL SPEECH AREA

Remarks: _Both ears T.M.'s + Drums appear normal okay for Test'_

**HEARING AID SPECIFICATIONS**

| EAR | Response | Acoustic Gain Req'd at Comfortable Level | Sound Pressure at Uncomfortable Level |
|---|---|---|---|
| Left | No. | | dB | dB |
| Right | No. | | dB | dB |

**SPEECH TESTS**

| | SPEECH RECEIVER THRESHOLD SAT | MOST COMFORTABLE LEVEL MCL | UN COMFORTABLE LEVEL UCL | RESPONSE SLOPE | PB-90 TEST |
|---|---|---|---|---|---|
| LEFT | 30 dB | 65 dB | 85 dB | 65 | 88 % |
| RIGHT | 35 dB | 65 dB | 95 dB | 65 | 100 % |
| BINAURAL | dB | dB | dB | 62 | 94 % |
| UNAIDED SOUND FIELD | dB | dB | dB | % |
| AIDED SOUND FIELD | dB | dB | dB | % |

EAR FITTED _____
RECEIVER MODEL _____
MODEL _____
SERIAL NUMBER _____

**SOUND MONITOR READINGS**

SCALE USED: (Circle) A B C

| | 1. _____ dB |
| Level in SPL | 2. _____ dB |
| | 3. _____ dB |

AA Hearing Aid Center

29 Hoyt Street
Stamford, CT 06905

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/99 | 883 |

| BILL TO |
|---------|
| Mackey, Henry |
| 100-D Blachley Rd. |
| Stamford, CT 06902 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 12/13/99 - 2 PHONAK ASTRO CIC'S WITH 1-YEAR WARRANTY @ $2,200.00 EACH | 4,400.00 |

*pd  VISA*
*12/13/99*

| | Total | $4,400.00 |

## CAHILL & GOETSCH, P.C.
### Attorneys At Law

George J. Cahill, Jr.                           **43 Trumbull Street**
Charles C. Goetsch                              **New Haven, CT 06511**
Scott E. Perry                                  **Phone: 203-777-1000**
                                                **Fax:  203-865-5904**

### _FAX COVER MEMO_

**TO:**              Lori A. McCarthy

**FAX NUMBER:**      617-722-8254

**FROM:**            Scott E. Perry

**TELEPHONE**        203-777-1000

**DATE:**            September 25, 2003

**RE:**              _Henry Mackey vs. Metro-North, et al._

_____

_____12_____ **Pages to Follow**

**MESSAGE:**

_The information contained in this facsimile is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this facsimile to the named receiver, you are notified that any use of this fax or its contents, including any dissemination or copying, is strictly prohibited. If you have received this facsimile in error, please immediately notify Cahill & Goetsch by telephone at 203-777-1000, and return the original to us at the New Haven address via first class mail._

## CAHILL & GOETSCH, P.C.
### ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX (203) 865-5904

October 28, 2003

_**Via Fax**_

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE:   _Louis Murray_
      _Timothy Strand_
      _Charles Kane_
      _Karl Kautz_
      _Millard Sullivan_

Dear Counsel:

Enclosed are the following:

1. An April 18, 2001 Metro-North Hearing Test Notification Report received by Louis Murray;

2. A May 21, 2001 Metro-North Hearing Test Notification Report received by Timothy Strand;

3. A May 23, 2001 Metro-North Hearing Test Notification Report received by Charles Kane;

4. An April 17, 2001 Metro-North Hearing Test Notification Report received by Karl Kautz; and

Anthony D. Sutton, Esq.
Lori A. McCarthy, Esq.
October 28, 2003
Page 2

    5.  An April 11, 2001 Metro-North Hearing Test Notification Report; June 13, 2001 Hearing Test Result; February 8, 1995 Hearing Test Result; October 1, 1999 Hearing Test Result; May 1, 1997 Hearing Test Result; November 19, 1992 Hearing Test Result - obtained by Millard Sullivan.

Sincerely,

Scott E. Perry

SEP:md
Enclosures

2

HESc

# HEARING TEST NOTIFICATION REPORT

Co.: **METRO-NORTH RAILROAD**          Co. Code: MTR  Plant: **NORTH WHITE**    Plant Code: **N03**    Test Date: **04/18/01**
Name: **LOUIS MURRAY**                                     SSN: **687624000**              Sex: **M**        Test Time: **08:20**
Dept: **T&S - T&S**                                           ID#: **687624**                    Shift:              Birth Date: **06/28/41**
Job: **BOOM TRUCK**            State: **NY**        Current Test dBA TWA:                            Hire Date: **07/08/68**

                                                                                              **Right Ear**          **Left Ear**
Results of looking in your ears with an otoscope (earlight):                  No Apparent Problem    No Apparent Proble.

Hearing Status for high pitch sounds (3k,4k,6k):  (whistles; birds; turn signals; some speech sounds)  Moderate      Moderate

Hearing Status for speech range (500,1k,2k,3k):   (most voices; most everyday sounds)        Some          Some

Change in hearing from baseline test. STS (2k, 3k, 4k) - With Age Adjustment:                No            No
This was your baseline test so no comparison was made

25dB Shift With Age Adjustment: (2k, 3k, 4k)                                                   No            No


## IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE
## EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.

### Graph of Hearing Test Results (Audiogram)



Audiometer, Make: MONITOR - MI5000               Serial No.: 50490          Annual Calibration Date: 04/27/00
Tester: Van 0008 / Tech: PETER GUERRIERI / Cert. # 38200

1._____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors,
                type available, attenuation and their fit and care.

2._____ I have been trained and fitted with hearing protectors._____ Demo Only

3._____ I have received a copy of this report.

*Louis Murroy*                                                    *1/30/01*
Employee Signature                                                     Date

                        HESc Preventive Service Division

Exemplar International

# HEARING TEST NOTIFICATION REPORT

| Co: METRO-NORTH RAILROAD | Co Code: MTR | Plant: METRO-NORTH | Plant Code: N01 | Test Date: 05/21/01 |
|---|---|---|---|---|
| Name: TIMOTHY STRAND | | SSN: 103776000 | Sex: M | Test Time: 15:05 |
| Dept: CROT - CROTON-ON-HUDSON | | ID#: | Shift: | Birth Date: 08/08/57 |
| Job: | State: NY | Current Test dBA TWA: | | Hire Date: 09/29/75 |

|  |  | **Right Ear** | **Left Ear** |
|---|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | | No Apparent Problem | No Apparent Problem |

| | | Right Ear | Left Ear |
|---|---|---|---|
| Hearing Status for high pitch sounds (3k,4k,6k): | (whistles; birds; turn signals; some speech sounds) | Moderate | Moderate |
| Hearing Status for speech range (500,1k,2k,3k): | (most voices; most everyday sounds) | Some | Normal |
| Change in hearing from baseline test. STS (2k, 3k, 4k) - With Age Adjustment: | | No | No |
| This was your baseline test so no comparison was made | | | |
| 25dB Shift With Age Adjustment: (2k, 3k, 4k) | | No | No |

**IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.**

### Graph of Hearing Test Results (Audiogram)



| | Base 05/21/01 | | | Base 05/21/01 |
|---|---|---|---|---|

Audiometer Make: MONITOR - MI5000        Serial No.: 30582        Annual Calibration Date: 06/26/00
Tester: Van 0008 / Tech NOEL RODRIGUEZ / Cert. # 62754

1 _____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors, type available, attenuation and their fit and care.

_____ I have been trained and fitted with hearing protectors. _____ Demo Only

3 _____ I have received a copy of this report.

_____
Employee Signature

_____
Date

HESc Preventive Services Division

Exemplar International

# HEARING TEST NOTIFICATION REPORT

Co.: METRO-NORTH RAILROAD
Name: CHARLES KANE
Dept: CROT - CROTON-ON-HUDSON
Job:

Co. Code: MTR
State: NY

Plant: METRO-NORTH
SSN: 101482000
ID#:
Current Test dBA TWA:

Plant Code: N01
Sex: M
Shift:

Test Date: 05/23/01
Test Time: 10:02
Birth Date: 07/27/50
Hire Date: 02/10/71

|  | Right Ear | Left Ear |
|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | No Apparent Problem | No Apparent Problem |
| Hearing Status for high pitch sounds (3k,4k,6k): (whistles; birds; turn signals; some speech sounds) | Moderate | Moderate |
| Hearing Status for speech range (500,1k,2k,3k): (most voices; most everyday sounds) | Normal | Some |
| Change in hearing from baseline test, STS (2k, 3k, 4k) - With Age Adjustment: | No | No |
| This was your baseline test so no comparison was made |  |  |
| 25dB Shift With Age Adjustment: (2k, 3k, 4k) | No | No |

**IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.**

### Graph of Hearing Test Results (Audiogram)



| Baseline | Right Ear | | | | | |
|---|---|---|---|---|---|---|
|  | 15 | 10 | 10 | 30 | 45 | 50 | UK |

● Base 05/23/01

| Baseline | Left Ear | | | | | |
|---|---|---|---|---|---|---|
|  | 10 | 05 | 15 | 40 | 45 | 50 | UK |

● Base 05/23/01

Audiometer, Make: MONITOR - MI5000          Serial No.: 20962          Annual Calibration Date: 09/16/00
Tester: Van 0006 / Tech: NOEL RODRIGUEZ / Cert. # 62754

1. _____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors, type available, attenuation and their fit and care.

2. _____ I have been trained and fitted with hearing protectors. _____ Demo Only

3. _____ I have received a copy of this report.

_____          _____
Employee Signature          Date

HESc Preventive Services Division

HESc

# HEARING TEST NOTIFICATION REPORT

| | | |
|---|---|---|
| Co.: METRO-NORTH RAILROAD | Co. Code: MTR   Plant: NORTH WHITE   Plant Code: N03 | Test Date: 04/17/01 |
| Name: KARL KAUTZ | SSN: 895362000   Sex: M | Test Time: 10:29 |
| Dept: C&S - C&S | ID#: 895362   Shift: 1 | Birth Date: 05/02/56 |
| Job: SIGNAL MAINTAINER | State: NY   Current Test dBA TWA: | Hire Date: 04/26/76 |

| | Right Ear | Left Ear |
|---|---|---|
| Results of looking in your ears with an otoscope (carlight): | No Apparent Problem | No Apparent Pr |
| Hearing Status for high pitch sounds (3k,4k,6k): *(whistles; birds; turn signals; some speech sounds)* | Moderate | Moderate |
| Hearing Status for speech range (500,1k,2k,3k): *(most voices; most everyday sounds)* | Normal | Some |
| Change in hearing from baseline test. STS (2k, 3k, 4k) - With Age Adjustment: *This was your baseline test so no comparison was made* | No | No |
| 25dB Shift With Age Adjustment: (2k, 3k, 4k) | No | No |

## IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.

### Graph of Hearing Test Results (Audiogram)



| | | |
|---|---|---|
| Audiometer: Make: MONITOR - MI5000 | Serial No.: 20962 | Annual Calibration Date: 09/16/00 |
| Tester: Van 3820   Tech: PETER GUERRIERI / Cert. # 38200 | | |

1._____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protection, type available, attenuation and their fit and care.

2._____ I have been trained and fitted with hearing protectors. _____ Demo Only

3._____ I have received a copy of this report.

_____                    _____
Employee Signature                                 Date

*HESc Preventive Services Division*

HESc

# HEARING TEST NOTIFICATION REPORT

| | | | |
|---|---|---|---|
| ~o.: **METRO NORTH RAILROAD** | Co. Code: MTR | Plant **NEW HAVEN/BR** Plant Code: **N05** | Test Date: **04/11/01** |
| ame: **MILLARD SULLIVAN** | | SSN: **102311000** Sex: **M** | Test Time: **08:46** |
| Dept **MOW - MOW** | | ID#: **102311** Shift: **1** | Birth Date: **02/07/49** |
| Job: **TRACK FOREMAN** | State: **CT** | Current Test dBA TWA: | Hire Date: **05/10/73** |

|  | **Right Ear** | **Left Ear** |
|---|---|---|
| Results of looking in your ears with an otoscope (earlight): | *No Apparent Problem* | *No Apparent Problem* |

| | Right Ear | Left Ear |
|---|---|---|
| **Hearing Status for high pitch sounds (3k,4k,6k):** *(whistles; birds; turn signals; some speech sounds)* | *Mild* | *Moderate* |
| **Hearing Status for speech range (500,1k,2k,3k):** *(most voices; most everyday sounds)* | *Normal* | *Some* |
| **Change in hearing from baseline test STS (2k, 3k, 4k) - With Age Adjustment:** | *No* | *Yes* |

*Your test results show a change since your baseline test. This is called a Standard Threshold Shift.
There are many reasons for a change in hearing, including medication, test problems, exposure to
noise while not wearing hearing protection, or ear problems such as wax or infection.*

| | Right Ear | Left Ear |
|---|---|---|
| **25dB Shift With Age Adjustment: (2k, 3k, 4k)** | *No* | *No* |

**IT IS EXTREMELY IMPORTANT THAT YOU ALWAYS WEAR HEARING PROTECTION WHENEVER YOU ARE EXPOSED TO LOUD NOISE, BOTH ON AND OFF THE JOB.**

### Graph of Hearing Test Results (Audiogram)



| | Baseline | Current Test |
|---|---|---|
| Right Ear | 05  10  06  05  15  15  20 | 10  10  05  15  40  45  UK |
| Left Ear | 15  05  10  20  15  15  15 | 15  10  05  40  55  50  UK |

Right Ear: ● Current 04/11/01  ◆ Base 11/18/92
Left Ear: ● Current 04/11/01  ◆ Base 11/19/92

Audiometer: Make: MONITOR - MI5000    Serial No.: 50490    Annual Calibration Date: 04/27/00
Tester: Ven 0008 / Tech: PETER GUERRIERI / Cert. # 38200

1. _____ I have been trained in 1) The effects of noise on hearing; 2) purpose of the hearing test; and 3) purpose of hearing protectors, type available, attenuation and their fit and care.

2. _____ I have been trained and fitted with hearing protectors. _____ Demo Only

3. _____ I have received a copy of this report.

*HESc Preventive Services Division*

AMBCO 2500     Serial# 2530
Calibration Date 05/10/01 by:manny:
Calibration Due Date 05/10/02
Test :002      Date 06/13/01    Time 11:21
SS# 000000000    Job ID:A047

Patient Millard Sullivan

| Frequency      | Left | Right |
|----------------|------|-------|
| 1000 Validity  |      |       |
| 500 Hz         |      | 00    |
| 1000 Hz        | 10   | 05    |
| 2000 Hz        | 05   | 05    |
| 3000 Hz        | 05   | 00    |
| 4000 Hz        | 35   | 20    |
| 6000 Hz        | 55   | 40    |
| 8000 Hz        | 75   | 60    |
|                | 70   | 55    |

Examiner _____

AMBCO 2500     Serial# 2530
Calibration Date 05/10/01 by:manny:
Calibration Due Date 05/10/02
Test :002      Date 06/13/01    Time 11:21
SS# 000000000    Job ID:A047

Patient Millard Sullivan

| Frequency      | Left | Right |
|----------------|------|-------|
| 1000 Validity  |      |       |
| 500 Hz         | 10   | 05    |
| 1000 Hz        | 05   | 05    |
| 2000 Hz        | 05   | 00    |
| 3000 Hz        | 35   | 20    |
| 4000 Hz        | 55   | 40    |
| 6000 Hz        | 75   | 60    |
| 8000 Hz        | 70   | 55    |

Examiner _____

TEST RESULTS

TEST BASE SHIFT

| KHZ | L | R | L | R | L | R |
|-----|---|---|---|---|---|---|
| .5 | 05 | 10 | | | | |
| 1 | 00 | 05 | | | | |
| 2 | 15 | 00 | | | | |
| 3 | 20 | 10 | | | | |
| 4 | 20 | 30 | | | | |
| 6 | 30 | 25 | | | | |
| 8 | 30 | 15 | | | | |

2-8-95

Sullivan, Millard J

102311

THRESHOLD AVERAGES

| | LEFT | RIGHT |
|---|------|-------|
| .5-1-2K | 7 | 5 |
| 1-2-3K | 12 | 5 |
| 2-3-4K | 18 | 13 |
| 3-4-6K | 23 | 22 |
| 4-6-8K | 27 | 23 |
| .5-1-2-3K | 10 | 6 |

AUDIOGRAM

```
     00  20   40  60  80
      |   |    |   |   |
 8K   0
          X
 6K       0
            X
 4K       0
         X
 3K   0
        X
 2K0
      X
 1K 0
    X
 .5  0
    X
      |   |    |   |   |
     00  20   40  60  80
```

LEFT-X        RIGHT-0

MAICO MA728 SN 31686
CALIBRATED 3-94
CAL. DUE 03-01-95
ANSI S3.6-1969/R1973

EXAMINER

AMBCO 2500    Serial# 2565
Calibration Date 04/22/99 by:manny.
Calibration Due Date 04/21/00
Test :002    Date 10/01/99    Time 11:16
SS# 000000000    Job ID:A047

Patient _Sullivan, Millard_

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity | | 05 |
| 500 Hz | 15 | 10 |
| 1000 Hz | 05 | 05 |
| 2000 Hz | 05 | 05 |
| 3000 Hz | 30 | 15 |
| 4000 Hz | 55 | 45 |
| 6000 Hz | 50 | 15 |
| 8000 Hz | 70 | 20 |

Examiner _Murphy_

Sullivan, Millard
102311

AMBCO 2500    Serial# 2565
Calibration Date 04/22/99 by:manny.
Calibration Due Date 04/21/00
Test :002    Date 10/01/99    Time 11:16
SS# 000000000    Job ID:A047

Patient _Sullivan, Millard_

| Frequency | Left | Right |
|-----------|------|-------|
| 1000 Validity | | 05 |
| 500 Hz | 15 | 10 |
| 1000 Hz | 05 | 05 |
| 2000 Hz | 05 | 05 |
| 3000 Hz | 30 | 15 |
| 4000 Hz | 55 | 45 |
| 6000 Hz | 50 | 15 |
| 8000 Hz | 70 | 20 |

Examiner _Murphy_

AMBCO 2500    Serial# 2565
Calibration Date 04/23/97 by:manny.
Calibration Due Date 04/23/98
Test :004         Date 05/01/97    Time 12:41
SS# 000000000    Job ID:2565

Patient _Sullivan, Millard M. J. Sullivan_

| Frequency Validity | Left | Right |
|---|---|---|
| 1000 Hz | | 10 |
| 500 Hz | 05 | 05 |
| 1000 Hz | 05 | 10 |
| 2000 Hz | 05 | 00 |
| 3000 Hz | 10 | 10 |
| 4000 Hz | 35 | 40 |
| 6000 Hz | 20 | 15 |
| 8000 Hz | 30 | 20 |

Examiner _SB_

---

AMBCO 2500    Serial# 2565
Calibration Date 04/23/97 by:manny.
Calibration Due Date 04/23/98
Test :004    Date 05/01/97    Time 12:41
SS# 000000000    Job ID:2565

Patient _Sullivan, Millard M. J. Sullivan_

| Frequency Validity | Left | Right |
|---|---|---|
| 1000 Hz | | 10 |
| 500 Hz | 05 | 05 |
| 1000 Hz | 05 | 10 |
| 2000 Hz | 05 | 00 |
| 3000 Hz | 10 | 10 |
| 4000 Hz | 35 | 40 |
| 6000 Hz | 20 | 15 |
| 8000 Hz | 30 | 20 |

Examiner _SB_

*Sullivan, Millard J*
102311

ID# : 048421474

SUBJECT:

X...........................

DATE:11-19-92  11:12
BIRTH DATE: 02-07-49
TECH. ID: 11635......
JOB NO.: ..............

L 1K 40+30+20+10-15+
     05-10+00-05-10+
L .5K 20+10-15+05-10-
     15+
L 1K 25+15+05+00-05+
     00-05-10+00-05+
L 2K 15+05-10+00-05-
     10+
L 3K 20+10-15-20+10-
     15-20+
L 4K 30+20+10-15+05-
     10-15+
L 6K 25+15+05-10-15+
     05-10-15+
L 8K 25+15+05-10-15-
     20+10-15+05-10-
     15+
R .5K 25+15+05-10+00-
     05+00-05+
R 1K 15+05-10+00-05+
     00-05-10+
R 2K 20+10+00-05+00+
     00-05+
R 3K 15+05+00-05+00-
     05+
R 4K 15+05-10-15+05-
     10-15+
R 6K 25+15+05-10-15
     15+05-10-15+
R 8K 25+15+05-10-15-
     20+10-15+05-10-
     15-20+

TEST RESULTS

TEST   BASE SHIFT

| KHZ | L | R | L | R | L | R |
|-----|---|---|---|---|---|---|
| .5  | 15 | 05 | | | | |
| 1   | 05 | 10 | | | | |
| 2   | 10 | 05 | | | | |
| 3   | 20 | 05 | | | | |
| 4   | 15 | 15 | | | | |
| 6   | 15 | 15 | | | | |
| 8   | 15 | 20 | | | | |

THRESHOLD AVERAGES

|           | LEFT | RIGHT |
|-----------|------|-------|
| .5-1-2K   | 10   | 7     |
| 1-2-3K    | 12   | 7     |
| 2-3-4K    | 15   | 8     |
| 3-4-6K    | 17   | 12    |
| 4-6-8K    | 15   | 17    |
| .5-1-2-3K | 13   | 6     |

AUDIOGRAM

```
     00  20  40  60  80
      |   |   |   |   |
8K    0
       X
6K    0
       X
4K    0
       X
3K 0
       X
2K 0
      X
1K   0
      X
.5 0
      X
      |   |   |   |   |
     00  20  40  60  80
```

LEFT-X    RIGHT-0

MAICO MA728 SN 31686
CALIBRATED 10-91
CAL. DUE 10-15-91
ANSI S3.6-1969, R1973

EXAMINER:

X..............................

# CAHILL & GOETSCH, P.C.
## Attorneys At Law

George J. Cahill, Jr.
Charles C. Goetsch
Scott E. Perry

43 Trumbull Street
New Haven, CT 06511
Phone: 203-777-1000
Fax: 203-865-5904

## *FAX COVER MEMO*

**TO:**              Lori A. McCarthy

**FAX NUMBER:**      617-722-8254

**FROM:**            Scott E. Perry

**TELEPHONE**       203-777-1000

**DATE:**           October 28, 2003

**RE:**             *Murray; Strand; Kane; Kautz; and Sullivan*

_____

_____12_____ **Pages to Follow**

**MESSAGE:**

*The information contained in this facsimile is confidential and privileged, and is intended only for the use of the named receiver. If you are not the named receiver or the person responsible for delivering this facsimile to the named receiver, you are notified that any use of this fax or its contents, including any dissemination or copying, is strictly prohibited. If you have received this facsimile in error, please immediately notify Cahill & Goetsch by telephone at 203-777-1000, and return the original to us at the New Haven address via first class mail.*