Printed in USA

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly | ☑ |
|---|---|---|---|---|---|---|
| C104005 | New Haven | | | 5/27/02 | Annual | ☐ |

Last inspection date: 4/4/02

Present general condition: ☐ Good  ☑ Fair  ☐ O/S

| OK YES | NO | | OK YES | NO | |
|---|---|---|---|---|---|
| X | | Boom | X | | Steps and Railing |
| | N/A | Boom Stops | X | | Draw Bars-Couplers |
| X | | Boom Angle Indicator | X | | Swing Stops/Locking Pins |
| X | | Boom Rivets & Bolts | X | | Operating Controls |
| X | | Boom Heel Pins | | X | Windows |
| X | | Sheaves | X | | Windshield Wipers |
| X | | Sheave Pins | X | | Washing Devices |
| X | | Cable Drums | X | | Lights |
| X | | Cable Boom Holding Line | X | | Guards |
| X | | Closing, Pendants | X | | Engine |
| | X | Cable Clamps | X | | Clutch-PTO |
| X | | Hoisting Blocks/Hooks | | X | Gauges-Temperature-Oil-Ampere |
| N/A | | Winch | N/A | | Hydraulic System-Valves, Pump, Motor |
| N/A | | Winch Cable | N/A | | Main Control Generator |
| N/A | | Lifting Chains | X | | Magnet Generator |
| X | | Tongs-Rail-Frog | | | Magnet |
| | X | Brakes | X | | Tagline-Cable-Electrical |
| X | | Brakes-Air-Lines-Reservoir | X | | Battery |
| N/A | | Brakes-Hydraulic | X | | Air Compressor |
| X | | Brakes-Emergency | | | Safety Appliances |
| N/A | | Brakes-2 Wheel | X | | Fire Extinguishers |
| | X | Brakes-4 Wheel | | X | General Condition-Paint, etc. |
| | | Brakes-Shoes | X | | Lifting Capacity Chart |
| X | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
| X | | Wheels-Flange Wear-Treadwear | | X | Lubrication |
| X | | Axles | | | When was Cable Replaced: |
| X | | Tram-Axle & Wheel | | | Boom |
| X | | Springs | | | Holding |
| N/A | | Tires | | | Closing |
| N/A | | Steering | | | Strands of Cable Broken |
| X | | U-Joints, Drive Gears | | | Ground Cables and Ground Clamps |
| X | | Drive Chains | | | Electrical Wire Warning Sign |
| X | | Sprockets | | | |
| X | | Drive Shafts | | | |
| X | | Gear Boxes, Swing, Travel | | | |
| | X | Transmission | | | |
| X | | Bearings | | | |
| N/A | | Hook Roller | | | |
| N/A | | Outriggers | | | |

Remarks: _____

Operator's Signature _____

(Date) _____ (Employee No.) _____

I certify to the correctness of this report

(Signed) _____ (Date Posted) _____

Employee Number _____

(Title) _____

1) Extremely Noisey in operators Cab.

2) Needs Flood Light

3) Sending unit for propeller shaft not working (disconected)

4) Brakes on Crane not releasing all the time

5) Oil Leaking from engine and Transmission

6) Fuel gauge not working

7) Travel Bands dragging and not disengauging in 4th gear.

8) Pin in coupler Bent + sloppy

F. E. Babut
712478

ATT:
MARK ELLIS



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0743
CONNECTION TEL                    8579
CONNECTION ID         NWP SHOP
ST. TIME              07/01 06:57
USAGE T               00'25
PGS.                    1
RESULT                OK
```

CB 005                              9/23/00

1) Extremely noisey while traveling, cannot hear radio. Unsafe situation.

2) 4 bent boom struts.

3) No emergency shutdown switch.

4) Oil leaking on deck.

5) Boom light missing.

6) Gear oil leaking out of transfer case.

7) When pulling car, train line air brakes activate by themselves.

4TT:
Paul Signorelli

T.E. Bakistis
712478



```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              4170
CONNECTION TEL                    8579
CONNECTION ID         NWP SHOP
ST. TIME              10/23 08:01
USAGE T               00'13
PGS.                  1
RESULT                OK
```

CB 4004                                          9/6/00

1) Oil Leaking from Engine and Travel Gears + shafts.

2) Engine overheats and Leaks antifreeze under Load.

3) Engine burns oil

4) Engine grinds in every gear, very difficult to shift

5) Travel bands stick, won't release.

6) Extremely noisey in work Mode. getting worse.

7) Flat spots in wheels.

8) Boom Light + running Lights not working

9) needs Air Filter, oil change and oil filters

ATT:
PAUL Signorelli

J.E. Baker
712478



CB 4004        7/25/00

1) Oil Leaking from everywhere.

2) Engine overheats + Leaks antifreeze under a load.

3) Transmission Grinds in every Gear, very difficult to shift.

4) Travel bands stick, won't release.

5) Very noisey, and getting worse, especially in work mode.

F. E. Bohute
712478



```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3978
CONNECTION TEL                      8579
CONNECTION ID         NWP SHOP
ST. TIME              07/25 08:30
USAGE T               00'19
PGS.                      1
RESULT                OK
```

6/5/00

CB 4005

1) No Boom Stops.
2) No Belt Guards on Engine Pulleys.
3) Fuel Gage does not work.
4) Air Leak in brake line system.
5) Heater core Leaking.
6) <u>Extremely</u> Noisey in operators Cab when Traveling, cannot hear radio, hurts Ears!
7) Foot steps on Chasiss To narrow, needs Foot Grating extended, Dangerous.
8) Travel bands slipping.
9) Boom Struts Bent.

F. E. Babutka
712478

ATT:
Paul Signorelli

CB 4005                                5/3/00

1) No Boom stops
2) No Belt Guards on Front of engine.
3) Fuel Gage does not work
4) Air Leak in Load Line Control
5) Heater core Leaking
6) Cannot hear radio inside operators Cab, need external speaker.
7) Cab Leaks in several places when it rains.
8) Foot steps on chasiss too narrow, Dangerous
9) Boom struts bent
10) Extremely noisey inside operators Cab.
11) Needs air horn facing to the rear.
12) Travel bands slipping
13) Needs 24 volt bulbs for indicator light for propeller shaft.

ATT:
Paul Signorelli

J. E. Bahuta
712478

05/03/00 WED 07:51 FAX 203 786 8223    NH PROJECTS    ☒001

```
*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO              3717
CONNECTION TEL                         8579
CONNECTION ID         NWP SHOP
ST. TIME              05/03 07:51
USAGE T               00'18
PGS.                  1
RESULT                OK
```

```
*************************
***   TX REPORT   ***
*************************

TRANSMISSION OK

TX/RX NO              3717
CONNECTION TEL                         8579
CONNECTION ID         NWP SHOP
ST. TIME              05/03 07:51
USAGE T               00'18
PGS.                  1
RESULT                OK
```

CB 4005    4/20/00

1) No Boom Stops

2) No Belt guards on Front of Engine

3) Fuel gauge does not work

4) Air Leak in Train Brake

5) Heater Core Leaking Anti Freeze

6) Cannot hear radio inside operators Cab, needs external Speaker.

7) Cab Leaks in several places when it rains.

8) Foot Steps on Chasiss To Narrow, Hazzardous!

9) Boom Struts Bent

10) Extremely noisey inside operators Cab.

11) Need Air Horn Facing To The rear.

JTT:
Paul Signourelli

F. E. Babutis
712478

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

TRANSMISSION OK

TX/RX NO              3682
CONNECTION TEL                          78579
CONNECTION ID         NWP SHOP
ST. TIME              04/20 07:48
USAGE T               00'24
PGS.                  1
RESULT                OK
```

CB 4004          11/15/99

1) Oil Leaking onto Deck
2) Coupler defected, won't Release
3) Needs Sound proofing, Noise unbearable!
4) Travel Bands Sticking, won't release.
5) Transmission Synchros Shot, very hard to get into Gear
6) Rear marker Lights needs bulbs, Not working.
7) Hand brake bent, Cast broken.
8) Front Sheave bushings worn
9) Air Dryer Needs filament, A Lot of Water building up in Air Tank.
10) Oil Leaking from Transfer Case
11) Engine burning oil.
12) Foot Grating needs to be welded, Tripping hazard.

ATT:
PAUL Signorelli

F.E. Bahuto
712478

11/15/99 MON 08:59 FAX 203 786 8223        NH PROJECTS                              001

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              332J
CONNECTION TEL                        78579
CONNECTION ID         NWP SHOP
ST. TIME              11/15 08:58
USAGE T               00'30
PGS.                  1
RESULT                OK
```

Burro Crane  CB 4004    9/29/99

1) Oil leaking on deck
2) 2 steps bent (dangerous situation)
3) Coupler defected (won't release)
4) Needs sound proofing material (Noise unbearable)
5) Bottom brake inspection cover missing
6) Flood light on boom not working
7) Travel bands still dragging in reverse and won't release (very dangerous)
8) Transmission grinds in every gear (synchros worn)
9) Rear marker lights not working
10) Hand brake bent
11) Front sheave bushings worn
12) Cannot travel in high range
13) External radio speaker not working

ATT:
Paul Signorelli

F.E. Bahutis
712478

Arthur Lawhorn
9/29/99

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3212
CONNECTION TEL                    78579
CONNECTION ID         METRO NORTH WORK
ST. TIME              09/29 07:49
USAGE T               00'36
PGS.                  1
RESULT                OK
```

9/14/99

# Burro Crane CB 4004

1) Oil Leaking on deck
2) 2 Steps damaged (dangerous)
3) Coupler defected (won't release)
4) Needs Sound Proofing material (noise unbearable)
5) Bottom Brake inspection cover missing.
6) Flood Light on boom missing.
7) Travel Bands dragging and won't release when going in reverse.
8) Transmission grinds in every gear, Synchros worn.
9) Rear marker Lights not working.
10) Hand Brake Bent.
11) Front Sheave bushings worn.
12) Cannot Travel in High range. Bushings on vertical shaft worn.

F.E. Batista
Empl. # 712478