UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Francis E. Bakutis                          Civil Action
                                            No: 3:02CV01877(SRU)
    Plaintiff                               FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Maurice Barrett                             Civil Action
                                            No: 3:03CV00180(DJS)
    Plaintiff                               FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

David B. Betrix                             Civil Action
                                            No: 3:03CV00181(WWE)
    Plaintiff                               FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND
MOTION TO EXTEND THE DEADLINE FOR FILING ANY OBJECTIONS
UNTIL AFTER THE COURT RULES ON THE INSTANT MOTION**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Michael Bettini                              Civil Action
                                             No: 3:02CV02030(RNC)
    Plaintiff                            <u>FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
VS.                                          AS ORDERED BY MAGISTRATE
                                             JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.         January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert C. Black                              Civil Action
                                             No: 3:02CV01873(AVC)
    Plaintiff                            <u>FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
VS.                                          AS ORDERED BY MAGISTRATE
                                             JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.         January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas, Byrne, Sr.                           Civil Action
                                             No: 3:03CV00182(CFD)
    Plaintiff                            <u>FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
VS.                                          AS ORDERED BY MAGISTRATE
                                             JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.         January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

James E. Caffrey                        Civil Action
                                        No: 3:02CV01884(CFD)
   Plaintiff                        FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
VS.                                     AS ORDERED BY MAGISTRATE
                                        JUDGE MARGOLIS.

Metro-North Railroad Company, et al.    January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Paul F. Ciuzio                          Civil Action
                                        No: 3:02CV02032(JBA)
   Plaintiff                        FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
VS.                                     AS ORDERED BY MAGISTRATE
                                        JUDGE MARGOLIS.

Metro-North Railroad Company, et al.    January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Samuel J. Compo                         Civil Action
                                        No: 3:02CV1675(PCD)
   Plaintiff                        FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
VS.                                     AS ORDERED BY MAGISTRATE
                                        JUDGE MARGOLIS.

Metro-North Railroad Company, et al.    January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Frank A. DiLorenzo                          Civil Action
                                            No: 3:03CV00183(AWT)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard Fanning                             Civil Action
                                            No: 3:02CV02034(SRU)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Farley                               Civil Action
                                            No: 3:02CV02035(WWE)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Calogero Farruggio                           Civil Action
                                             No: 3:02CV02036(CFD)
   Plaintiff                  FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
                                             AS ORDERED BY MAGISTRATE
VS.                                          JUDGE MARGOLIS.


Metro-North Railroad Company, et al.         January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert L. Fuda                               Civil Action
                                             No: 3:02CV01678(RNC)
   Plaintiff                  FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
                                             AS ORDERED BY MAGISTRATE
VS.                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.         January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John P. Geary                                Civil Action
                                             No: 3:02CV01679(WWE)
   Plaintiff                  FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
                                             AS ORDERED BY MAGISTRATE
VS.                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.         January 27, 2004


   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Clyde Gibbs                                  Civil Action
                                             No: 3:02CV02037(WWE)
    Plaintiff                                <u>FELA HEARING LOSS CASES –</u>
                                             <u>MAY BE FILED IN NEW HAVEN</u>
                                             <u>AS ORDERED BY MAGISTRATE</u>
VS.                                          <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.         January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Dennis Inconstanti                           Civil Action
                                             No: 3:03CV00184(JCH)
    Plaintiff                                <u>FELA HEARING LOSS CASES –</u>
                                             <u>MAY BE FILED IN NEW HAVEN</u>
                                             <u>AS ORDERED BY MAGISTRATE</u>
VS.                                          <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.         January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Infantino                             Civil Action
                                             No: 3:02CV02038(GLG)
    Plaintiff                                <u>FELA HEARING LOSS CASES –</u>
                                             <u>MAY BE FILED IN NEW HAVEN</u>
                                             <u>AS ORDERED BY MAGISTRATE</u>
VS.                                          <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.         January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John F. Johnson, Jr.                          Civil Action
                                              No: 3:03CV00185(GLG)
     Plaintiff                                FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

     Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Charles A. Kane                               Civil Action
                                              No: 3:02CV01878(CFD)
     Plaintiff                                FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

     Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Karl Kautz                                    Civil Action
                                              No: 3:02CV01874(JBA)
     Plaintiff                                FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

     Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Kiniry                               Civil Action
                                            No: 3:02CV01680(JBA)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Frederick N. Koval                          Civil Action
                                            No: 3:02CV01879(GLG)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard, J. Laskevitch                      Civil Action
                                            No: 3:02CV01676(GLG)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Sigismondo LoVerme                         Civil Action
                                           No: 3:02CV01880(PCD)
   Plaintiff                 <u>FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
                                           AS ORDERED BY MAGISTRATE</u>
VS.                                        <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.       January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Jerry, D. Patterson, Sr.                   Civil Action
                                           No: 3:03CV00187(GLG)
   Plaintiff                 <u>FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
                                           AS ORDERED BY MAGISTRATE</u>
VS.                                        <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.       January 27, 2004


   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John Raggi                                 Civil Action
                                           No: 3:02CV1681(GLG)
   Plaintiff                 <u>FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
                                           AS ORDERED BY MAGISTRATE</u>
VS.                                        <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.       January 27, 2004


   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Pedro S. Rodriguez                          Civil Action
                                            No: 3:03CV00188(JBA)
    Plaintiff                           <u>FELA HEARING LOSS CASES –</u>
                                            <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                         <u>AS ORDERED BY MAGISTRATE</u>
                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Edward Paul Russo                           Civil Action
                                            No: 3:02CV01682(JCH)
    Plaintiff                           <u>FELA HEARING LOSS CASES –</u>
                                            <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                         <u>AS ORDERED BY MAGISTRATE</u>
                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Antonio P. Sartori, Jr.                     Civil Action
                                            No: 3:02CV02039(PCD)
    Plaintiff                           <u>FELA HEARING LOSS CASES –</u>
                                            <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                         <u>AS ORDERED BY MAGISTRATE</u>
                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Alfred C. Schumacher                          Civil Action
                                              No: 3:02CV01875(AHN)
    Plaintiff                             <u>FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
                                              AS ORDERED BY MAGISTRATE</u>
VS.                                           <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

James R. Scofield                             Civil Action
                                              No: 3:02CV1683(JCH)
    Plaintiff                             <u>FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
                                              AS ORDERED BY MAGISTRATE</u>
VS.                                           <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Michael Selmont                               Civil Action
                                              No: 3:02CV1677(GLG)
    Plaintiff                             <u>FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
                                              AS ORDERED BY MAGISTRATE</u>
VS.                                           <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard H. Starr                          Civil Action
                                          No: 3:03CV00189(RNC)
    Plaintiff                             FELA HEARING LOSS CASES –
                                          MAY BE FILED IN NEW HAVEN
VS.                                       AS ORDERED BY MAGISTRATE
                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Strand                           Civil Action
                                          No: 3:02CV01883(AWT)
    Plaintiff                             FELA HEARING LOSS CASES –
                                          MAY BE FILED IN NEW HAVEN
VS.                                       AS ORDERED BY MAGISTRATE
                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Millard J. Sullivan                       Civil Action
                                          No: 3:02CV01684(JCH)
    Plaintiff                             FELA HEARING LOSS CASES –
                                          MAY BE FILED IN NEW HAVEN
VS.                                       AS ORDERED BY MAGISTRATE
                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Sweeney                          Civil Action
                                         No: 3:02CV01872(RNC)
   Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                         <u>MAY BE FILED IN NEW HAVEN</u>
                                         <u>AS ORDERED BY MAGISTRATE</u>
VS.                                      <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.     January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Lawrence Tramaglini                      Civil Action
                                         No: 3:02CV02040(SRU)
   Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                         <u>MAY BE FILED IN NEW HAVEN</u>
                                         <u>AS ORDERED BY MAGISTRATE</u>
VS.                                      <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.     January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Joseph Walz                              Civil Action
                                         No: 3:02CV02041(DJS)
   Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                         <u>MAY BE FILED IN NEW HAVEN</u>
                                         <u>AS ORDERED BY MAGISTRATE</u>
VS.                                      <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.     January 27, 2004


   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert West                               Civil Action
                                          No: 3:03CV00190(AWT)
    Plaintiff                    <u>FELA HEARING LOSS CASES –</u>
                                          <u>MAY BE FILED IN NEW HAVEN</u>
                                          <u>AS ORDERED BY MAGISTRATE</u>
VS.                                       <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert F. Wright                          Civil Action
                                          No: 3:03CV00191(RNC)
    Plaintiff                    <u>FELA HEARING LOSS CASES –</u>
                                          <u>MAY BE FILED IN NEW HAVEN</u>
                                          <u>AS ORDERED BY MAGISTRATE</u>
VS.                                       <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

## <u>PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION TO EXTEND THE DEADLINE FOR FILING ANY OBJECTIONS UNTIL AFTER THE COURT RULES ON THE INSTANT MOTION</u>

Pursuant to 45 U.S.C. § 60 and D. Conn. L. R. Civ. P. 7(c), the plaintiffs in the above-captioned hearing loss cases respectfully move the Court to reconsider its January 15, 2004 Ruling on the Conrail Defendants' Motion To Compel with respect to request for production (RFP) 4 and 12.  Upon reconsideration, the plaintiffs request that the Court only grant the motion insofar as it seeks production of statements obtained prior to commencement of the respective lawsuit.

**Oral Argument Requested**

Also, the plaintiffs move for an extension of time for filing any objections to the

Court's January 15th Ruling until ten days after the Court rules on the instant motion for

reconsideration.

FOR THE PLAINTIFFS,

By_____
   Scott E. Perry (ct17236)
   CAHILL & GOETSCH, P.C.
   43 Trumbull Street
   New Haven, Connecticut  06511
   (203) 777-1000

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was mailed, first class mail, postage

prepaid, on this 27th day of January, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C.,

189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq.,

Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut

06905.

_____
Scott E. Perry