48   2004   ORT MCCARTHY   FR: CAHILL  GOE   #0204  PAGE: 2/9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------X

ROBERT L. FUDA,

    Plaintiff

VS

METRO-NORTH RAILROAD COMPANY ET AL.,

    Defendants

CIVIL ACTION

NO  02CV01678 (RNC)

FEBRUARY    2004

-----------------------------------X

JOHN P. GEARY

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO  3:02CV01679 (WWE)

FEBRUARY    2004

-----------------------------------X

THOMAS KINIRY

    Plaintiff

VS

METRO-NORTH RAILROAD COMPANY ET AL.

    Defendants

CIVIL ACTION

NO  3:02CV01680 (JBA)

FEBRUARY 23 2004

-----------------------------------X

<u>FELA HEARING LOSS CASE.  MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS</u>

11:48 FEB 23, 2004   TO: LORI MCCARTHY   FR: CAHILL & GOETSCH   #0204 PAGE: 3/9

| | |
|---|---|
| _____X | |
| JOHN RAGGI, | CIVIL ACTION |
|     Plaintiff | |
| VS. | NO. 3:02CV01681 (GLG) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | FEBRUARY 23, 2004 |
| _____X | |
| _____X | |
| EDWARD P. RUSSO, | CIVIL ACTION |
|     Plaintiff | |
| VS. | NO. 3:02CV01682 (JCH) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | FEBRUARY 23, 2004 |
| _____X | |
| _____X | |
| JAMES SCOFIELD, | CIVIL ACTION |
|     Plaintiff | |
| VS. | NO. 3:02CV1683 (JCH) |
| METRO-NORTH RAILROAD COMPANY, ET AL., | |
|     Defendants | FEBRUARY 23, 2004 |
| _____X | |

———————————————————X

MILLARD J. SULLIVAN,  

    Plaintiff  

VS.  

METRO-NORTH RAILROAD COMPANY, ET AL.,  

    Defendants  
———————————————————X

CIVIL ACTION

NO. 3:02CV01684 (JCH)

FEBRUARY 23, 2004

———————————————————X

FRANCIS BAKUTIS,  

    Plaintiff  

VS.  

METRO-NORTH RAILROAD COMPANY, ET AL.,  

    Defendants  
———————————————————X

CIVIL ACTION

NO. 3:02CV01877 (MRK)

FEBRUARY 23, 2004

———————————————————X

JAMES CAFFREY,  

    Plaintiff  

VS.  

METRO-NORTH RAILROAD COMPANY, ET AL.,  

    Defendants  
———————————————————X

CIVIL ACTION

NO. 3:02CV01884 (CFD)

FEBRUARY 23, 2004

3

---------------------------------------------------------------X

CHARLES KANE,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.

    Defendants
---------------------------------------------------------------X

CIVIL ACTION

NO. 3:02CV01878 (CFD)

FEBRUARY 23, 2004

---------------------------------------------------------------X

FREDERICK N. KOVAL,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
---------------------------------------------------------------X

CIVIL ACTION

NO. 3:02CV01879 (GLG)

FEBRUARY 23, 2004

---------------------------------------------------------------X

SIGISMONDO LoVERME,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
---------------------------------------------------------------X

CIVIL ACTION

NO. 3:02CV01880 (PCD)

FEBRUARY 23, 2004

4

---

TIMOTHY STRAND,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO. 3:02CV01883 (AWT)

FEBRUARY 23, 2004

---

TIMOTHY SWEENEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

CIVIL ACTION

NO. 3:02CV01872 (RNC)

FEBRUARY 23, 2004

---

**PLAINTIFFS' RE-NOTICE OF 30(b)(6) DEPOSITION(S)
TO DEFENDANT AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER
UNDERWRITERS, INC. f/k/a PENN CENTRAL CORPORATION
(hereafter referred to as "Penn Central")**

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30(b)(6) the plaintiffs in the above-entitled actions will take the deposition of one or more officers, directors, or managing agents, or other persons who consent to testify on Penn Central's behalf concerning the following matters:

1. Penn Central's hearing conservation program and if Penn Central never had hearing conservation program, all the reasons why it never had hearing conservation program.

2. The years Penn Central was member of the Association of American Railroads ("AAR").

3. The names and job titles of all members of Penn Central's medical department from 1968 to 1976.

11:50 FEB 23, 2004 TO: LORI MCCARTHY   FR: CAHILL & GOETSCH   #0204 PAGE: 7/9

4. The names and job titles of all members of Penn Central's health department and safety department from 1968 through 1976.

5. The names and job titles of all Penn Central employees or officers who were members of the Medical And Surgical Officers section of the AAR and the years they were members.

6. All hearing conservation efforts, if any, made by Penn Central with respect to the above-captioned plaintiffs who worked for Penn Central.

7. The work locations, departments, job titles and crafts of the first one hundred individuals who brought hearing loss claims against Penn Central and the dates said claims were brought or made.

8. Penn Central's efforts to educate the above-captioned plaintiffs about the risks associated with exposure to loud noises, including the years any such efforts were made.

9. Penn Central's efforts to warn the above-captioned plaintiffs about the risks associated with exposure to loud noises, including the dates any such efforts were made.

10. Penn Central's efforts to reduce the noise levels to which the above-captioned plaintiffs were exposed, including the years any such efforts were made.

11. Penn Central's efforts to provide the above-captioned plaintiffs with hearing protection, including the years any such efforts were made.

12. Penn Central's efforts to measure noise levels around maintenance of way and track department equipment, including the dates any such efforts were made and results thereof.

13. Penn Central's efforts to measure noise levels around rail gangs, tie gangs, surfacing gangs, yard gangs and in Maintenance of Way equipment including the years any such efforts were made and results thereof.

14. Penn Central's efforts to measure noise levels at the work locations and job sites of the above-captioned plaintiffs and results thereof.

15. The amount of money Penn Central spent on hearing protection each year from 1968 through 1976, and the types and quantities of hearing protection, if any, Penn Central purchased.

16. All noise level testing and test results performed by Penn Central, or its agents, consultants or contractors on the following equipment and/or locations from 1968 through 1976:

> Locomotive Engines, FL 9s, Budd Cars, SPVs, Air Compressors, Hydraulic Equipment, Wheel Presses, Locomotive Test Areas, Air Brakes, Metal Cutting Lathes, Boring Mill Machines, Hilty Guns, Bolt Driver-bucket-truck motors, Diesel Shops, Diesel Engines, Diesel Generators, Generators in Power Substations, Bonding Machines, Drilling Machines, Chop Saws, Tie Gang Equipment, Track Department Equipment, Ballast Regulators, Vacuum Trucks, "Suck Trucks," Tampers, Sweepers, Welded Rail Jobs, Concrete Tie Jobs, Jackhammers, Locomotive Horns, Locomotive Whistles, Track Department Equipment Horns, Boilers, Steam Generators, Boiler Rooms, Oil Pumps, Condenser Rooms, Electric Train Engines, Drilling Machines, Chain Saws, Snow Blowers, Leaf Blowers, Hydraulic Drills, Hydraulic Saws, High Voltage Switch Explosions, Tamping Equipment, Spikers, Grinders, Bucket Trucks, Spike Pullers, Rail Saws, Tampers, Track Cranes, Pile Drivers, Sweepers, Welding Equipment, Work Trains, Tie Inserters, Tie Injectors, Power Saws, Abrasive Saws, Rail Grinders, Pneumatic Hammers, Tie Shears, Tie Handlers, Hydraulic Cranes, Burro Cranes, American Cranes, Tie Borer, Spike Pullers, Nut Runners, Bonding Machines, Drilling Machines, Chop Saws, Little Giant Cranes, Air Compressors, Back Hoe Stamper, Scarafire, Plate Machines, Snow Jets, Bulldozers, Lining Machines, Gas Engines and Generators, and Retarders.



on **Wednesday, March 17, 2004 at 11:00 a.m.** at the office of CAHILL & GOETSCH, P.C., 43 Trumbull Street, New Haven, Connecticut, upon oral examination pursuant to the Federal Rules of Civil Procedure before an Official Court Reporter, or before some other competent authority.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Case 3:02-cv-01681-JCH    Document 54-3    Filed 03/04/2004    Page 9 of 10

FOR THE PLAINTIFFS,

By _____/s/ Scott Perry_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 23rd day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____/s/ Scott Perry_____
Scott E. Perry

8