UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

JOHN RAGGI                                   )
                                             )
                 Plaintiff,                  )
v.                                           )        CIVIL ACTION
                                             )        NO.:   3:02 CV 1681 (GLG)
METRO-NORTH RAILROAD                         )        FELA HEARING LOSS CASES – MAY BE
COMPANY, et al.                              )        FILED IN NEW HAVEN AS ORDERED BY
                                             )        MAGISTRATE JUDGE MARGOLIS
                 Defendants.                 )
_____)             March 24, 2004

### DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND AMERICAN FINANCIAL GROUP, INC.'S (ASSENTED TO) MOTION TO WITHDRAW THEIR MOTION FOR PROTECTIVE ORDER DATED MARCH 3, 2004

The defendants, Consolidated Rail Corporation ("Conrail") and American Financial

Group, Inc. ("Penn Central"), in the above-entitled matters, hereby move to withdraw their

*Motion for Protective Order Re: Plaintiffs' Notice of 30(b)(6) Deposition(s) and Plaintiffs'*

*Notice of 30(b)(6) Deposition(s)  Defendant American Financial Group, Inc.* dated March 3,

2004.  As grounds of the instant *Motion to Withdraw,* the defendants state that the plaintiff, in

the above-entitled matter, has stipulated and agreed, on March 23, 2004, to the defendants'

requests to limit the plaintiffs' items of inquiry as contained in his *Notices*, as discussed in

detail in the defendants' *Memorandum of Law*, also dated March 3, 2004.

Accordingly, the defendants respectfully request that the instant *Motion* be GRANTED.

1

Respectfully submitted,
CONSOLIDATED RAIL CORPORATION and
AMERICAN FINANCIAL GROUP, INC.
By their Attorneys,

_____

Michael B. Flynn,#ct21215
Lori A. McCarthy #ct19557
FLYNN & ASSOCIATES, P.C.
189 State Street, Sixth Floor
Boston, MA 02109
(617)722-8253
(617)722-8254 (facsimile)

2

## **CERTIFICATION**

This is to hereby certify that a copy of the foregoing has been hand-delivered this 24TH day of March, 2004, to the following:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

_____
Lori A. McCarthy

4